**Order entered September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00688-CV

### RICHARD P. DALE, JR., Appellant

### V.

### PLAZA AT TURTLE CREEK RESIDENCES ASSOCIATION, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05411**

## ORDER

We **GRANT** appellant's September 9, 2014 motion for withdrawal and substitution of counsel. We **DIRECT** the Clerk of this Court to substitute Paul F. Wieneskie as counsel for appellant in the place of Don Ray.

/s/      ADA BROWN
            JUSTICE